1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER J. COFFMAN,<br><br>                    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>                    Defendant. | CASE NO: 08-CV-1924 W (CAB)<br><br>**ORDER:**<br><br>**(1) GRANTING JOINT MOTION FOR ATTORNEY FEES [DOC. 27], AND**<br><br>**(2) TERMINATING PLAINTIFF'S MOTION FOR ATTORNEY FEES AS MOOT [DOC. 26]** |

On March 3, 2011, Plaintiff Christopher J. Coffman filed a motion for attorney fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. On March 16, 2011, the parties filed a joint motion to grant Plaintiff attorney fees under the EAJA.

Having read the moving paper, and good cause appearing, the Court **GRANTS** the joint motion and **AWARDS** Plaintiff **$4150.91** in attorney fees.  (Doc. 27.)  In accordance with the parties' stipulation, the payment shall be made payable to Plaintiff and delivered to Plaintiff's counsel.

In light of the foregoing, the Court also **TERMINATES** Plaintiff's motion for attorney fees as moot.  (Doc. 26.)

**IT IS SO ORDERED.**

**DATE: March 30, 2011**

_____
HON. THOMAS J. WHELAN
United States District Judge
Southern District of California